# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 283 EAL 2016
:
            Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
:
JONATHON HAMLETTE, :
:
           Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.